ALBERT DE FALCO v. JACK ANDERSON, ETC., ET AL.

June 8, 1982.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Lawrence v. Bauer,* 89 *N.J.* 451 (1982); *Kotlikoff v. The Community News,* 89 *N.J.* 62 (1982); *Maressa v. New Jersey Monthly,* 89 *N.J.* 176 (1982), and *Resorts International v. New Jersey Monthly,* 89 *N.J.* 212 (1982). Jurisdiction is not retained.

PROFESSIONAL FIRE OFFICERS' ASSOCIATION v. CITY OF NEWARK.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS v. KIRBY CLEVELAND.

June 10, 1982.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF JAY MARK SACKMAN.

June 10, 1982.

The petition for review of the constitutionality of *R.* 1:21–1(a) is granted.